# EXHIBIT A

## Invoice Itemization for Amounts Owed by Defendant

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**Blupax Pharmaceuticals LLC**

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 17976464 | 3764247 | 12/17/2020 | 12/17/2020 | $ (9.00) | $ (9.00) |
| 17976464 | 3835145 | 4/8/2021 | 4/8/2021 | $ (296.00) | $ (296.00) |
| 17976464 | 4216566 | 12/5/2022 | 12/5/2022 | $ (351.00) | $ (7.02) |
| 17976464 | 4229005 | 12/22/2022 | 2/21/2023 | $ 1,740.96 | $ 1,740.96 |
| 17976464 | 4229012 | 12/22/2022 | 2/21/2023 | $ 2,321.28 | $ 2,321.28 |
| 17976464 | 4229094 | 12/22/2022 | 2/21/2023 | $ 5,184.00 | $ 5,184.00 |
| 17976464 | 4229108 | 12/22/2022 | 2/21/2023 | $ 16,820.16 | $ 16,820.16 |
| 17976464 | 4229959 | 12/27/2022 | 2/26/2023 | $ 90,720.00 | $ 90,720.00 |
| 17976464 | 4231298 | 12/29/2022 | 2/28/2023 | $ 23,520.00 | $ 23,520.00 |
| 17976464 | 4232737 | 1/4/2023 | 1/4/2023 | $ (9.70) | $ (9.70) |
| 17976464 | 4232846 | 1/5/2023 | 3/7/2023 | $ 4,875.36 | $ 4,875.36 |
| 17976464 | 4238799 | 1/12/2023 | 3/14/2023 | $ 5,280.00 | $ 5,280.00 |
| 17976464 | 4240346 | 1/13/2023 | 3/15/2023 | $ 498.24 | $ 498.24 |
| 17976464 | 4240347 | 1/13/2023 | 3/15/2023 | $ 747.36 | $ 747.36 |
| 17976464 | 4248777 | 1/19/2023 | 3/21/2023 | $ 698.40 | $ 698.40 |
| 17976464 | 23016205 | 1/31/2023 | 1/31/2023 | $ 312.78 | $ 312.78 |
| 17976464 | 4261421 | 2/1/2023 | 4/3/2023 | $ 23,962.08 | $ 23,962.08 |
| 17976464 | 4261422 | 2/1/2023 | 4/3/2023 | $ 15,840.00 | $ 15,840.00 |
| 17976464 | 4261459 | 2/1/2023 | 4/3/2023 | $ 29,780.16 | $ 29,780.16 |
| 17976464 | 4263168 | 2/2/2023 | 4/4/2023 | $ 498.24 | $ 498.24 |
| 17976464 | 4263178 | 2/2/2023 | 4/4/2023 | $ 32,328.00 | $ 32,328.00 |
| 17976464 | 4263611 | 2/3/2023 | 4/5/2023 | $ 24,768.00 | $ 24,768.00 |
| 17976464 | 4267706 | 2/9/2023 | 4/11/2023 | $ 498.24 | $ 498.24 |
| 17976464 | 4267740 | 2/9/2023 | 4/11/2023 | $ 996.48 | $ 996.48 |
| 17976464 | 4271273 | 2/15/2023 | 4/17/2023 | $ 22,680.00 | $ 22,680.00 |
| 17976464 | 4271646 | 2/15/2023 | 2/15/2023 | $ (239.37) | $ (239.37) |
| 17976464 | 4272287 | 2/16/2023 | 4/18/2023 | $ 41,280.00 | $ 41,280.00 |
| 17976464 | 4274310 | 2/20/2023 | 4/22/2023 | $ 16,128.00 | $ 16,128.00 |
| | | | **Totals:** | **$ 360,572.67** | **$ 360,916.65** |